UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEFFREY CASAS,

                      Plaintiff,                                 **COMPLAINT**

          -against-

UNITED STATES OF AMERICA, DEA OFFICERS
JOHN DOES 1-5
CITY OF NEW YORK, NYPD JOHN AND JANE 1-5

                      Defendants.
-------------------------------------------------------------X

Plaintiff Jeffrey Casas a resident of the State of Florida by and through his attorney, Vik Pawar Esq., respectfully alleges as follows:

## NATURE OF THE ACTION

1. This is a civil action commenced by plaintiff that seeks recovery of his vehicle a 2014 Dodge Ram 1500[1] ("**VEHICLE**") under the procedural and due process rights guaranteed under the 5th and 14th amendments of the US Constitution and under 42 USC 1983 and 1988.

## JURISDICTION AND VENUE

2. Jurisdiction of the court is invoked pursuant to 28 U.S.C. §1331 in that this civil action involves a federal question and the incident transpired in Queens, NY.

3. Venue is proper in the Eastern District of New York, pursuant to 28 U.S.C. §1391(a) because the claim arose in this District.

---

[1] If this action is not resolved, plaintiff reserves the right to bring additional claims for malicious prosecution and denial of fair trial.

## THE PARTIES

5. Plaintiff was present in Queens, New York on February 24, 2022, when he was arrested by DEA and NYPD officers.

6. The individual defendants arrested plaintiff based on false evidence and without probable cause.

## FACTS AND CAUSE OF ACTION

10. On February 24, 2022, plaintiff was falsely arrested based on fabricated evidence and his **VEHICLE** seized.

11. All charges against plaintiff were dismissed in his favor in New York State Supreme Court.

12. Even though the charges were dismissed, defendants refused to return his **VEHICLE**.

13. Plaintiff simply requests the return of the **VEHICLE** and seeks attorney fees for bringing this action.

**WHEREFORE**, Plaintiff seeks

1. declaratory judgment that the **VEHICLE** belongs to him;
2. costs and attorney fees; and
3. all such relief that the Court may deem just and proper.

Dated: May 6, 2024
New York, New York

Vik Pawar